RECEIVED

SEP 1 6 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE/OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 09-00124** |
| **VERSUS** | **JUDGE DOHERTY** |
| **ADOLFO ZIGA (04)** | **MAGISTRATE JUDGE HANNA** |

*JUDGMENT*

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and further considering no objection was filed;

**IT IS ORDERED** that defendant Adolfo Ziga's Motion to Suppress (Rec. Doc. 229) is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16 day of September, 2010.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE